FILED
AT 1:35 o'clock P M
NOV 3 0 2017
Cheryl Fulcher
DISTRICT CLERK
COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/4/2017 3:43:52 PM
DEBBIE AUTREY
Clerk

NO. 1725989

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 8th JUDICIAL DISTRICT |
| | § | |
| DANA LYNN GANDY AKA DANA | § | HOPKINS COUNTY, TEXAS |
| LYNN GANDY HAYNSWORTH | | |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Dana Lynn Gandy, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against her.

Respectfully submitted,

CYNTHIA L. BRADDY
2815 Wesley St.
P.O. Box 324
Greenville, TX 75403-0324
Office: (903) 454-6096
Fax: (903) 454-0446

By: _____
Cynthia L. Braddy
State Bar No. 00797864
clbraddy@yahoo.com
Attorney for Dana Lynn Gandy

1

## CERTIFICATE OF SERVICE

This is to certify that on November 30, 2017, a true and correct copy of the above and foregoing document was served on the Hopkins County District Attorney's Office, 110 Main St., Sulphur Springs, TX 75482, by hand delivery.

Cynthia L. Braddy

2





NO. 1725989

THE STATE OF TEXAS

V.

Dana Lynn Gandy aka
Defendant Dana Lynn Gandy-Haynsworth

FILED
AT 3:46 o'clock P M

NOV 2 8 2017

Cheryl Fulcher
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

IN THE DISTRICT COURT

8TH JUDICIAL DISTRICT

HOPKINS COUNTY, TEXAS

### TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

✓ is not a plea bargain case, and the defendant has the right of appeal.

_____ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal.

_____ is a plea bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal.

_____ is a plea bargain case, and the defendant has NO right of appeal.

_____ the defendant has waived the right of appeal.

_____
Judge

11/28/2017
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. 1R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am, entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant
Mailing address: 1003 HWY 37 SOUTH
Telephone number: 903-588-2643
Fax # (if any): MOUNT VERNON, TEXAS 75457

_____
Defendant's Counsel
State Bar of TX ID # 00797864
Mailing address: PO Box 324, Greenville, TX 75403
Telephone number: 903-2 454-6096
Fax # (if any) 903-454-0446

*"A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case — that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." Texas Rule of Appellate Procedure 25.2(a)(2).

WHITE - TRIAL COURT          CANARY - DEFENDANT          PINK - DEFENDANT'S COUNSEL

To Reorder call Echo Publishing Co (903) 885-0861